IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ISMET KRASNIQI | : | CIVIL ACTION NO.: 3:18 CV-00058 (VLB) |
| PLAINTIFF, | : | |
| V. | : | |
| A BETTER WAY WHOLESALE | : | |
| AUTOS, INC. | : | **NOTICE OF APPEAL** |
| DEFENDANT | : | JANUARY 11, 2019 |

Now comes Defendant-Appellant A Better Way Wholesale Autos, Inc., and hereby gives notice that he is appealing the Opinion and Order (Doc. No. 51) granting a Motion for Attorney Fees (Doc. No. 25) entered on the 3rd day of December 2018 by the United States District Court for the District of Connecticut at New Haven.

Respectfully Submitted,

A BETTER WAY WHOLESALE AUTOS, INC.

By: */s/ Kenneth A. Votre(ct05981)*
90 Grove Street, Suite 209
Ridgefield, CT 06877
Ph: (203) 498-0065
Fax: (203) 821-3595
votrelaw@gmail.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*Isl Kenneth A. Votre*
Kenneth A. Votre